IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERENITIVA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1203 (GMS) |
| | ) |
| UNIFY INC. d/b/a UNIFY ENTERPRISE | ) |
| COMMUNICATIONS INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Serenitiva LLC and Defendant Unify Inc. d/b/a Unify Enterprise Communications Inc. hereby stipulate and agree that all claims in this action are dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

STAMOULIS & WEINBLATT LLC                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/Stamatios Stamoulis*                  */s/Jeremy A. Tigan*

Stamatios Stamoulis (#4606)               Mary B. Graham (#2256)
Richard C. Weinblatt (#5080)              Jeremy A. Tigan (#5239)
Two Fox Point Centre                      1201 N. Market Street
6 Denny Road, Suite 307                   P.O. Box 1347
Wilmington, DE 19809                      Wilmington, DE  19899-1347
(302) 999-1540                            (302) 658-9200
stamoulis@swdelaw.com                     mgraham@mnat.com
weinblatt@swdelaw.com                     jtigan@mnat.com
  *Attorneys for Serenitiva LLC*             *Attorneys for Unify Inc.*
                                             *d/b/a Unify Enterprise Communications Inc.*

January 17, 2018
11591142

SO ORDERED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE