IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERENITIVA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1203 (GMS) |
| | ) |
| UNIFY INC. d/b/a UNIFY ENTERPRISE COMMUNICATIONS INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Serenitiva LLC and Defendant Unify Inc. d/b/a Unify Enterprise Communications Inc. hereby stipulate and agree that all claims in this action are dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| /s/ Stamatios Stamoulis | /s/ Jeremy A. Tigan |
| Stamatios Stamoulis (#4606) | Mary B. Graham (#2256) |
| Richard C. Weinblatt (#5080) | Jeremy A. Tigan (#5239) |
| Two Fox Point Centre | 1201 N. Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899-1347 |
| (302) 999-1540 | (302) 658-9200 |
| stamoulis@swdelaw.com | mgraham@mnat.com |
| weinblatt@swdelaw.com | jtigan@mnat.com |
| *Attorneys for Serenitiva LLC* | *Attorneys for Unify Inc.* |
| | *d/b/a Unify Enterprise Communications Inc.* |

January 17, 2018
11591142

SO ORDERED this 23rd day of Jan, 2018.

_____
UNITED STATES DISTRICT JUDGE